UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCES KALENDER, on behalf of herself
and all others similarly situated,
    Plaintiff,

v.

SEATTLE SPORTS COMPANY,

    Defendant.
_____/

CASE NO.: 1:20-cv-3802

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: OCT 0 6 2020

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Seattle Sports Company that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Seattle Sports Company shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: October 2, 2020

Respectfully Submitted,

                */s/David Paul Force*
                David Paul Force Esq.
                **Stein Saks, PLLC**
                285 Passaic Street
                Hackensack, NJ 07601
                dforce@steinsakslegal.com
                Tel. 201-282-6500
                Fax 201-282-6501
                *Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 2nd day of October, 2020      Respectfully Submitted,

                                             */s/ David Paul Force*
                                             David Paul Force